**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **QHC Management, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2923205** |
| 4. | **Debtor's address** | **Principal place of business**  **8350 Hickman Rd. Suite 15**  **Clive, IA 50325**  Number, Street, City, State & ZIP Code  **Polk**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.qhcmcares.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **QHC Management, LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **6233**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **QHC Management, LLC**                                                  Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                                    Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **QHC Management, LLC** _____ Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **QHC Management, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 29, 2021**
               MM / DD / YYYY

X **/s/ Nancy A. Voyna**                                        **Nancy A. Voyna**
Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Jeffrey D. Goetz**                                       Date **December 29, 2021**
Signature of attorney for debtor                                 MM / DD / YYYY

**Jeffrey D. Goetz AT0002832**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone   **515-246-5817**        Email address   **goetz.jeffrey@bradshawlaw.com**

**AT0002832 IA**
Bar number and State

Debtor **QHC Management, LLC**     Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number (*if known*) _____     Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Crestridge, Inc.** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **Crestview Acres, Inc.** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Facilities, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Fort Dodge Villa, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Humboldt North, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Humboldt South LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Madison Square LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Mitchellville LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Villa Cottages LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |
| Debtor | **QHC Winterset North LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Iowa** | When | Case number, if known | |

Fill in this information to identify the case:

Debtor name: **QHC Management, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Millennium Rehab & Consulting Group c/o Rebecca A. Brommel, Esq. Dorsey & Whitney, LLP 801 Grand Ave, Suite 4100 Des Moines, IA 50309 | | Rehabilitation Services Agreements with Crestridge, Fort Dodge Villa, Humboldt North, Humboldt South, Mitchell Village, Sunnycrest, Winterset North | Disputed | | | $944,978.12 |
| Progress Healthcare Staffing 2815 100th St. Suite 319 Urbandale, IA 50322 | | Staffing Agreement with Fort Dodge Villa and Humboldt Care Center South | | | | $239,293.41 |
| American Healthcare Association 1201 L. St. NW Washington, DC 20005 | | | | | | $3,250.00 |
| Great America Financial Services PO Box 660831 Dallas, TX 75266-0831 | | | | | | $820.50 |
| TKG Iowa Storage dba StorageMart 6600 Hickman Rd. Windsor Heights, IA 50324 | | | | | | $729.99 |
| Aureon Technology Wynfield Building 7760 Office Plaza Dr. S West Des Moines, IA 50266 | | | | | | $529.40 |

Debtor **QHC Management, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merritt Company** **2885 99th St.** **Urbandale, IA 50322** | | | | | | $278.20 |
| **Marco Inc.** **4510 Heatherwood Rd.** **Saint Cloud, MN 56301** | | | | | | $136.01 |
| **Estate of Gladys Mae VanSickle** **c/o John T. Hemminger, Esq.** **2454 SW 9th St.** **Des Moines, IA 50315** | | **Lawsuit filed in Polk County LACL 151446** | **Disputed** | | | $0.00 |
| **Nicole Bittle** **c/o Katie Ervin Carlson** **Timmer & Judkins PLLC** **1415 28th ST., Suite 375** **West Des Moines, IA 50266** | | **Lawsuit damages and costs Polk County case No. LACL149989** | **Disputed** | | | $0.00 |
| **Tri-State Nursing Staffing** **3100 S. Lakeport St.** **Sioux City, IA 51106** | | **Staffing Agreement with Fort Dodge Villa and Humboldt North** | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

```
American Healthcare Association
1201 L. St. NW
Washington, DC 20005

Aureon Technology
Wynfield Bldg
7760 Office Plaza Dr. S
West Des Moines, IA 50266

Aureon Technology
Wynfield Building
7760 Office Plaza Dr. S
West Des Moines, IA 50266

Camillus Staffing, LLC dba Nextaff
1868 Campus Place
Louisville, KY 40299

Camillus Staffing, LLC dba Nextaff
6600 Westown Pkwy Suite 200
West Des Moines, IA 50266

Estate of Gladys Mae VanSickle
c/o John T. Hemminger, Esq.
2454 SW 9th St.
Des Moines, IA 50315

Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831

Great America Financial Services Corp
625 First St. SE
PO Box 609
Cedar Rapids, IA 52406

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

Jeffrey A. Pitman, Esq.
1110 N. Old World 3rd St. Suite 320
Milwaukee, WI 53203
```

Justin J. Randall, Esq.
McCormick & Associates
808 13th St.
West Des Moines, IA 50265

Marco Inc.
4510 Heatherwood Rd.
Saint Cloud, MN 56301

Merritt Company
2885 99th St.
Urbandale, IA 50322

Millennium Rehab & Consulting Group
c/o Rebecca A. Brommel, Esq.
Dorsey & Whitney, LLP
801 Grand Ave, Suite 4100
Des Moines, IA 50309

Nicole Bittle
c/o Katie Ervin Carlson
Timmer & Judkins PLLC
1415 28th ST., Suite 375
West Des Moines, IA 50266

Progress Healthcare Staffing
2815 100th St. Suite 319
Urbandale, IA 50322

Robert C. Gainer, Esq.
Cutler Law Firm
1307 50th St.
West Des Moines, IA 50266

Schoenauer Property Management
8350 Hickman Rd. Suite 201
Clive, IA 50325

Schoenauer Property Management
8350 Hickman Rd. Suit 201
Clive, IA 50325

TKG Iowa Storage dba StorageMart
6600 Hickman Rd.
Windsor Heights, IA 50324

TKG Iowa Storage, dba StorageMart
6600 Hickman Rd. #1051
Windsor Heights, IA 50324

Tri-State Nursing Staffing
3100 S. Lakeport St.
Sioux City, IA 51106

# United States Bankruptcy Court
## Southern District of Iowa

In re  **QHC Management, LLC**  
                             Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **QHC Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 29, 2021** | **/s/ Jeffrey D. Goetz** |
| Date | **Jeffrey D. Goetz AT0002832** |
| | Signature of Attorney or Litigant |
| | Counsel for  **QHC Management, LLC** |
| | **Bradshaw, Fowler, Proctor & Fairgrave PC** |
| | **801 Grand Avenue, Suite 3700** |
| | **Des Moines, IA 50309-8004** |
| | **515-246-5817 Fax:515-246-5808** |
| | **goetz.jeffrey@bradshawlaw.com** |